IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, USA, and USA, | ) | |
|---|---|---|
| Plaintiffs, | ) | 4:11CB3009 |
| v. | ) | MEMORANDUM AND ORDER |
| JACOB N. HUEFTLE, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to continue, (filing no. 13), is granted.

2) The initial appearance on the Central Violations Bureau matter now pending against the defendant is continued, and will be held before the undersigned magistrate judge on February 2, 2012 at 8:30 a.m. in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 27th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge