UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.                              Case Number 4:11CB3009-002

**JACOB N. HUEFTLE**
        **Defendant**
                                **ROBERT B. CREAGER**
                                **Defendant's Attorney**

_____

## JUDGMENT IN A CRIMINAL CASE
(For a Misdemeanor Central Violations Bureau Offense)

**THE DEFENDANT** pleaded guilty to the allegations listed in CVB violation numbers W0902915 and W0902916 on 4/3/2012

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|
| 16 USC 3372(a)(2)(A) UNLAWFULLY TRANSPORT WILDLIFE IN VIOLATION OF THE LACEY ACT | November, 2008 | 1 |
| 16 USC 3372(a)(2)(A) UNLAWFULLY TRANSPORT WILDLIFE IN VIOLATION OF THE LACEY ACT | November, 2009 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                          Date of Imposition of Sentence:
                                                  April 3, 2012

                                                 s/ Cheryl R. Zwart
                                         United States Magistrate Judge

                                                     April 12, 2012

# PROBATION

The defendant is hereby sentenced to probation for a term of **5 Years**.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the special conditions that have been adopted by this court (set forth below).

## SPECIAL CONDITIONS OF SUPERVISION

1. Except to the extent permitted under paragraph 2 of these Special Conditions, the defendant shall not hunt, fish, or trap, or being in the company of anyone else who is hunting, fishing, or trapping during the term of probation.

2. The defendant is permitted to be a hunting, fishing, or trapping guide for paying clients so long he does not carry a gun, bow and arrow, or otherwise hunt or fish himself.

3. The defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 332 U.S. Courthouse, 300 East 3rd Street, North Platte, Nebraska, (308) 696-1260, within seventy-two (72) hours of the entry of the judgment, and, thereafter, as directed by the probation officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Special Assessment | Total Fine | Total Processing Fee |
|---|---|---|
| $25.00 (waived) | $5000.00 on each violation ($500 paid to CVB on 4/10/12 for each violation) | $25.00 on each violation (paid to CVB on 4/10/12) |

The $25.00 Special Assessment is waived on motion of the Government as to both violations.

## FINE

A Fine in the amount of $5000.00 is imposed on each violation. The interest requirement is waived for the five-year term of probation.

## RESTITUTION

No Restitution is ordered.

## SCHEDULE OF PAYMENTS

The defendant shall pay the processing fee in the amount of $25.00 immediately.

The criminal monetary penalty is due in full by the end of the term of probation. The defendant is obligated to pay said sum immediately if he or she has the capacity to do so. The United States of America may institute civil collection proceedings at any time to satisfy all or any portion of the criminal monetary penalty.

Any payments made on the outstanding criminal monetary penalty shall be applied in the following order of priority: processing fee; restitution; fine; and other penalties. Unless otherwise specifically ordered, interest shall not accrue on the criminal monetary penalty.

**All financial penalty payments are to be made to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

The defendant shall forfeit the defendant's interest in the following property to the Kansas Wildlife & Parks:

**A Ruger 22-250 rifle, serial #78787545, and a Savage .17 caliber rifle, serial #1191617**

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk